

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR03-814-JFW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| *Mario Zambrano* ) | Conditions of Release) |
| Defendant. *Leon* ) | |

 On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

 The court finds no condition or combination of conditions that will reasonably assure:

 (A) (−) the appearance of defendant as required; and/or

 (B) ( ) the safety of any person or the community.

//

//

The court concludes:

A.  (✓)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can remain law-abiding_

(B)  ( ✓ )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can obey court orders_

IT IS ORDERED that defendant be detained.

DATED: 9/2/09

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE